**264**

86 So.2d 842

### Sidney C. SMITH
### v.
### STATE.
**3 Div. 757.**

Supreme Court of Alabama.

April 12, 1956.

87 So.2d 27

### W. Raymond WHEELER
### v.
### Frank BULLINGTON.
**8 Div. 839.**

Supreme Court of Alabama.

April 12, 1956.

Sidney C. Smith, pro se.

John Patterson, Atty. Gen., for the State.

SIMPSON, Justice.

The petition in this case does not conform to the requirements of Supreme Court Rule 32, old Rule 36, in that the petition is not on transcript paper. Accordingly the petition must be dismissed. Latham **v.** State, 262 Ala. 108, 77 So.2d 502.

Petition dismissed.

LIVINGSTON, C. J., and GOODWYN and MERRILL, JJ., concur.